Ralph J. Snyder, Plaintiff-Appellant, v. Continental Casualty Company, an Illinois Corporation, Defendant-Appellee.

Gen. No. 47,979.

First District, First Division.

July 29, 1960.

George C. Rabens, of Chicago, for plaintiff-appellant; Taylor, Miller, Busch, and Magner, of Chicago (Robert M. Bailey, of counsel) for defendant-appellee. Opinion by JUSTICE BURMAN. **Not to be published in full.**